FILED
CLERK, U.S. DISTRICT COURT
MAY 5 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ROBYN MILLER, an individual, | NO. CV 06-7090 GPS (PJWx) |
| Plaintiff, | |
| v. | JUDGMENT |
| NORMAN Y. MINETA, SECRETARY OF TRANSPORTATION, a government agency, | |
| Defendant. | |

In light of this Court's grant of summary judgment for Defendant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall take nothing and judgment is hereby entered for Defendant on all claims for relief. Defendant may recover its costs.

**IT IS SO ORDERED.**

Dated this 5th day of May, 2008.

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

1